**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Sherard Ar'Darrius Weathers, Appellant.

Appellate Case No. 2014-001271

―――――――――

Appeal From York County
John C. Hayes, III, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2015-UP-479
Submitted September 2, 2015 – Filed October 7, 2015

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.